SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
GENEVIEVE R. WALSER-JOLLY (State Bar No. 262784)
grw@severson.com
ALAN M. RITCHIE (State Bar No. 298989)
amr@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

DUANE M. GECK (State Bar No. 114823)
dmg@severson.com
MARK D. LONERGAN (State Bar No. 143622)
mdl@severson.com
REBECCA S. SAELAO (State Bar No. 222731)
rss@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
NISSAN MOTOR ACCEPTANCE CORPORATION

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA — WESTERN DIVISION

| | |
|---|---|
| ARAM TERTERYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. 2:16-cv-02029 GW (KSx)<br>Hon. George H. Wu<br>Ctrm. 9D – 1st Street<br><br>**<u>CLASS ACTION</u>**<br><br>**JOINT STATUS REPORT**<br><br>Action Filed: March 24, 2016<br>Trial Date:   None Set |

06888.0238/14773980.1

This Joint Status Report is submitted pursuant to the Court's January 22, 2019 Order. The Parties reached an agreement and signed a memorandum of understanding. The parties are preparing a full settlement agreement and release for execution.

The Parties request a continuance of all dates for at least sixty (60) days to allow them time to complete the settlement agreement and release.

DATED: March 4, 2019    SEVERSON & WERSON
                        A Professional Corporation

                        By: ___/s/ Genevieve R. Walser-Jolly___
                                Genevieve R. Walser-Jolly

                        Attorneys for Defendant NISSAN MOTOR
                        ACCEPTANCE CORPORATION

DATED: March 4, 2019    KEMNITZER, BARRON & KRIEG, LLP

                        By: ___/s/ Bryan Kemnitzer___
                                Bryan Kemnitzer

                        Attorneys for Plaintiffs ARAM TERTERYAN,
                        MARINE DAVTYAN, TATYANA DAVTYAN and
                        the Proposed Class

**ATTESTATION OF SIGNATURE**

I, Genevieve R. Walser-Jolly, am the ECF User whose ID and Password were used to electronically file this Stipulation. Pursuant to Central District of California Local Rule 5-4.3.4(a)(2), I hereby attest that all other signatories listed, and on whose behalf this filing is submitted, concur in the content of this filing and have authorized the electronic filing thereof.

*/s/ Genevieve R. Walser-Jolly*

Genevieve R. Walser-Jolly

**PROOF OF SERVICE**
**Terteryan v. Nissan Motor Acceptance Corporation**
**USDC Central District Case No. 2:16-cv-02029 GW (KSx)**

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of Orange, State of California. My business address is The Atrium, 19100 Von Karman Avenue, Suite 700, Irvine, CA 92612.

On March 4, 2019, I served true copies of the following document(s):

**JOINT STATUS REPORT**

on the interested parties in this action as follows:

| | |
|---|---|
| Bryan Kemnitzer, Esq.<br>Nancy Barron, Esq.<br>Kristin Kemnitzer, Esq.<br>Adam J. McNeile, Esq.<br>KEMNITZER, BARRON, & KRIEG, LLP<br>445 Bush St., 6th Fl.<br>San Francisco, CA 94108 | Attorneys for Plaintiff<br>ARAM TERTERYAN and the putative class<br><br>Telephone: (415) 632-1900<br>bryan@kbklegal.com<br>nancy@kbklegal.com<br>kristin@kbklegal.com<br>adam@kbklegal.com |
| Ian Lyngklip, Esq.<br>Priya Bali, Esq.<br>LYNGKLIP & ASSOCIATES, PLC<br>24500 Northwestern Hwy., Suite 206<br>Southfield, MI 48075 | Attorneys for Plaintiff<br>ARAM TERTERYAN and the putative class<br><br>Telephone: (248) 208-8864<br>ian@michiganconsumerlaw.com<br>priya@michiganconsumerlaw.com |

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on March 4, 2019, at Irvine, California.

_____
Taylor P. Hankins

06888.0238/14773980.1

PROOF OF SERVICE