KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER      Bar No. 066401
ADAM J. McNEILE      Bar No. 280296
KRISTIN KEMNITZER    Bar No. 278946
42 Miller Avenue, Third Floor
Mill Valley, CA 94941
Telephone: (415) 632-1900
bryan@kbklegal.com
adam@kbklegal.com
kristin@kbklegal.com

Lyngklip & Associates, PLC
IAN LYNGKLIP         Bar No. P47173
24500 Northwestern Hwy #206
Southfield, MI 48075
Telephone: (248) 208-8864
ian@consumerlawyers.com

Admitted *Pro Hac Vice*

Attorneys for Plaintiff Aram Terteryan, Tatyana Davtyan, Marine Davtyan, and the putative class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARAM TERTERYAN, TATYANA DAVTYAN, and MARINE DAVTYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff.<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. CV 16-2029-GW-KSx<br><br>CLASS ACTION<br><br>**ORDER FOR CONTINUANCE OF SETTLEMENT DATES**<br><br>**Filed concurrently with Declaration of Adam J. McNeile and a [Proposed] Order**<br><br>Courtroom 9D – 9th Floor (1st St.)<br>Hon. George H. Wu |

Having duly considered the Joint Status Report Regarding Class Notice and Stipulation for Continuance of Settlement Dates and Declaration Of Adam McNeile In Support Thereof, AND GOOD CAUSE APPEARING, THE COURT HEREBY FINDS AND ORDERS THE FOLLOWING AMENDED SCHEDULE:

| Previous Date | Amended Date | |
|---|---|---|
| March 16, 2020 [155 days after the date of this original Prelim. App. order] | August 31, 2020 | Deadline to Provide Class Notice |
| May 5, 2020 [50 days after the Class Notice Date, adjusted for the weekend] | October 20, 2020 | Deadline for Plaintiff's Motion for Attorneys' Fees |
| May 15, 2020 [60 days after the Class Notice Date] | October 30, 2020 | Deadline for Class Members to file Objections or submit Requests for Exclusion/Opt-Outs |
| June 15, 2020 [90 days after the Settlement Notice Date] | November 30, 2020 | Deadline for Settlement Class Members to Submit a Claim Form |
| October 26, 2020 [14 days before the Final Approval Hearing] | January 18, 2021 | Deadline for Parties to File the Following:<br>(1) List of Class Members who Made Timely and Proper Requests for Exclusion;<br>(2) Proof of Class Notice and CAFA Notice; and<br>(3) Motion and Memorandum in Support of Final Approval, including responses to any Objections. |
| November 9, 2020 at 8:30 a.m. | February 1, 2021 at 8:30 a.m. | Final Approval Hearing |

**SO ORDERED.**

Dated: March 18, 2020

_George H. Wu_

Hon. George H. Wu
United States District Judge