1  KEMNITZER, BARRON, & KRIEG, LLP
   BRYAN KEMNITZER        Bar No. 066401
2  ADAM J. McNEILE         Bar No. 280296
   KRISTIN KEMNITZER      Bar No. 278946
3  42 Miller Avenue, Third Floor
   Mill Valley, CA 94941
4  Telephone: (415) 632-1900
   bryan@kbklegal.com
5  adam@kbklegal.com
   kristin@kbklegal.com
6
   Lyngklip & Associates, PLC
7  IAN LYNGKLIP           Bar No. P47173
   24500 Northwestern Hwy #206
8  Southfield, MI 48075
   Telephone: (248) 208-8864
9  ian@consumerlawyers.com

10 Admitted *Pro Hac Vice*

11 Attorneys for Plaintiff Aram Terteryan, Tatyana Davtyan, Marine Davtyan, and the putative
   class
12

13                    UNITED STATES DISTRICT COURT

14                   CENTRAL DISTRICT OF CALIFORNIA

15                          WESTERN DIVISION

16
   ARAM TERTERYAN, TATYANA              Case No. CV 16-2029-GW-KSx
17 DAVTYAN, and MARINE DAVTYAN,
   individually and on behalf of all others   CLASS ACTION
18 similarly situated,
                                         ORDER FOR CONTINUANCE OF
19              Plaintiff.               SETTLEMENT DATES

20       v.                              **Filed concurrently with Declaration of
                                         Adam J. McNeile and a [Proposed] Order**
21 NISSAN MOTOR ACCEPTANCE
   CORPORATION,                          Courtroom 9D – 9th Floor (1st St.)
22                                       Hon. George H. Wu
                Defendant.
23 _____/

24

25

26

27

28

Having duly considered the Joint Status Report Regarding Class Notice and Stipulation for Continuance of Settlement Dates and Declaration Of Adam McNeile In Support Thereof, AND GOOD CAUSE APPEARING, THE COURT HEREBY FINDS AND ORDERS THE FOLLOWING AMENDED SCHEDULE:

| | | |
|---|---|---|
| August 31, 2020 | November 30, 2020 | Deadline to Provide Class Notice |
| October 20, 2020 | January 19, 2021 [50 days after the Class Notice Date] | Deadline for Plaintiff's Motion for Attorneys' Fees |
| October 30, 2020 | January 29, 2021 [60 days after the Class Notice Date] | Deadline for Class Members to file Objections or submit Requests for Exclusion/Opt-Outs |
| November 30, 2020 | February 28, 2021 [90 days after the Class Notice Date] | Deadline for Settlement Class Members to Submit a Claim Form |
| January 18, 2021 | March 29, 2021 [14 days before the Final Approval Hearing] | Deadline for Parties to File the Following:<br>(1) List of Class Members who Made Timely and Proper Requests for Exclusion;<br>(2) Proof of Class Notice and CAFA Notice; and<br>(3) Motion and Memorandum in Support of Final Approval, including responses to any Objections. |
| February 1, 2021 at 8:30 a.m. | April 12, 2021 at 8:30 a.m. | Final Approval Hearing |

SO ORDERED.

Dated: July 3, 2020

_____
HON. GEORGE H. WU,
United States District Judge