1 | KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER     Bar No. 066401
2 | ADAM J. McNEILE     Bar No. 280296
KRISTIN KEMNITZER     Bar No. 278946
3 | 42 Miller Avenue, Third Floor
Mill Valley, CA  94941
4 | Telephone:  (415) 632-1900
bryan@kbklegal.com
5 | adam@kbklegal.com
kristin@kbklegal.com
6 |

7 | Lyngklip & Associates, PLC
IAN LYNGKLIP     Bar No. P47173
24500 Northwestern Hwy #206
8 | Southfield, MI 48075
Telephone: (248) 208-8864
9 | ian@consumerlawyers.com

10 | Admitted *Pro Hac Vice*

11 | Attorneys for Plaintiff Aram Terteryan, Tatyana Davtyan, Marine Davtyan, and the putative class

12 |

13 | UNITED STATES DISTRICT COURT

14 | CENTRAL DISTRICT OF CALIFORNIA

15 | WESTERN DIVISION

16 |

17 | ARAM TERTERYAN, TATYANA DAVTYAN, and MARINE DAVTYAN, individually and on behalf of all others similarly situated,

18 |

19 | Plaintiff.

20 | v.

21 | NISSAN MOTOR ACCEPTANCE CORPORATION,

22 |

23 | Defendant.

**Case No. CV 16-2029-GW-KSx**

<u>CLASS ACTION</u>

**ORDER FOR CONTINUANCE OF SETTLEMENT DATES**

**Filed concurrently with Declaration of Adam J. McNeile and a Joint Status Report and Stipulation**

**Courtroom 9D – 9th Floor (1st St.)**
**Hon. George H. Wu**

24 |
25 |
26 |
27 |
28 |

[PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT DATES

Having duly considered the Joint Status Report Regarding Class Notice and Stipulation for Continuance of Settlement Dates and Declaration of Adam McNeile In Support Thereof, AND GOOD CAUSE APPEARING, THE COURT HEREBY FINDS AND ORDERS THE FOLLOWING AMENDED SCHEDULE:

| November 30, 2020 | May 28, 2021 | Deadline to Provide Class Notice |
|---|---|---|
| January 19, 2021 | September 3, 2021 | Deadline for Plaintiff's Motion for Attorneys' Fees |
| January 29, 2021 | August 27, 2021 | Deadline for Class Members to file Objections or submit Requests for Exclusion/Opt-Outs |
| February 28, 2021 | August 27, 2021 | Deadline for Settlement Class Members to Submit a Claim Form |
| March 29, 2021 | September 24, 2021 | Deadline for Parties to File the Following: (1) List of Class Members who Made Timely and Proper Requests for Exclusion; (2) Proof of Class Notice and CAFA Notice; and (3) Motion and Memorandum in Support of Final Approval, including responses to any Objections. |
| April 12, 2021 at 8:30 a.m. | October 14, 2021 at 8:30 a.m. | Final Approval Hearing |

SO ORDERED.

Dated: December 7, 2020

_____
Hon. George H. Wu
United States District Judge

[PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT DATES