1  KEMNITZER, BARRON, & KRIEG, LLP
   BRYAN KEMNITZER      Bar No. 066401
2  ADAM J. McNEILE      Bar No. 280296
   KRISTIN KEMNITZER    Bar No. 278946
3  42 Miller Avenue, Third Floor
   Mill Valley, CA 94941
4  Telephone: (415) 632-1900
   bryan@kbklegal.com
5  adam@kbklegal.com
   kristin@kbklegal.com
6
   Lyngklip & Associates, PLC
7  IAN LYNGKLIP         Bar No. P47173
   24500 Northwestern Hwy #206
8  Southfield, MI 48075
   Telephone: (248) 208-8864
9  ian@consumerlawyers.com

10 Admitted *Pro Hac Vice*

11 Attorneys for Plaintiff Aram Terteryan, Tatyana Davtyan, Marine Davtyan, and the putative class

12

13              UNITED STATES DISTRICT COURT

14              CENTRAL DISTRICT OF CALIFORNIA

15                    WESTERN DIVISION

16

| ARAM TERTERYAN, TATYANA DAVTYAN, and MARINE DAVTYAN, individually and on behalf of all others similarly situated, | Case No. 2:16-cv-02029-GW-KS |
|---|---|
|  | CLASS ACTION |
| Plaintiff. | [~~PROPOSED~~] ORDER FOR CONTINUANCE OF SETTLEMENT DATES  [128] |
| v. |  |
| NISSAN MOTOR ACCEPTANCE CORPORATION, | Filed concurrently with Declaration of Adam J. McNeile and a Joint Status Report and Stipulation |
| Defendant. | Courtroom 9D – 9th Floor (1st St.) Hon. George H. Wu |

Having duly considered the Joint Status Report Regarding Class Notice and Stipulation for Continuance of Settlement Dates and Declaration of Adam McNeile In Support Thereof, AND GOOD CAUSE APPEARING, THE COURT HEREBY FINDS AND ORDERS THE FOLLOWING AMENDED SCHEDULE:

| | | |
|---|---|---|
| May 28, 2021 | February 15, 2022 | Deadline to Provide Class Notice (see §8.01 of the Settlement Agreement) |
| September 3, 2021 | April 6, 2022 [50 days after the Class Notice Date] | Deadline for Plaintiffs' Motion for Attorneys' Fees (see §5.03 of the Settlement Agreement) |
| August 27, 2021 | April 18, 2022 [60 days after the Class Notice Date] | Deadline for Class Members to file Objections or submit Requests for Exclusion/Opt-Outs (see §§2.28, 2.29 of the Settlement Agreement) |
| August 27, 2021 | May 16, 2022 [90 days after the Class Notice Date] | Deadline for Settlement Class Members to Submit a Claim Form (see §2.09 of the Settlement Agreement) |
| September 24, 2021 | June 2, 2022 [14 days before the Final Approval Hearing] | Deadline for Parties to File the Following: (1) List of Class Members who Made Timely and Proper Requests for Exclusion; (2) Proof of Class Notice and CAFA Notice; and (3) Motion and Memorandum in Support of Final Approval, including responses to any Objections. (see §11.02 of the Settlement Agreement) |
| | June 9, 2022 [7 days before the Final Approval Hearing] | Deadline for Defendant to File any response to request for final approval |
| October 14, 2021 at 8:30 a.m. | June 16, 2022 at 8:30 a.m. | Final Approval Hearing |

THERE WILL BE NO FURTHER CONTINUANCES.

SO ORDERED.

Dated: July 13, 2021

*/s/ George H. Wu*
Hon. George H. Wu
United States District Court Judge