KEMNITZER, BARRON, & KRIEG, LLP
BRYAN KEMNITZER          Bar No. 066401
ADAM J. McNEILE          Bar No. 280296
KRISTIN KEMNITZER        Bar No. 278946
42 Miller Avenue, Third Floor
Mill Valley, CA  94941
Telephone:  (415) 632-1900
bryan@kbklegal.com
adam@kbklegal.com
kristin@kbklegal.com

LYNGKLIP & ASSOCIATES, PLC
IAN LYNGKLIP             Bar No. P47173
24500 Northwestern Hwy #206
Southfield, MI 48075
Telephone: (248) 208-8864
ian@consumerlawyers.com

Admitted *Pro Hac Vice*

Attorneys for Plaintiff Aram Terteryan, Tatyana Davtyan, Marine Davtyan, and the putative class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARAM TERTERYAN, TATYANA DAVTYAN, and MARINE DAVTYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiff.<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Defendant.<br>_____/ | **Case No. CV 16-2029-GW-KSx**<br><br>CLASS ACTION<br><br>**ORDER APPROVING NOTICES TO CLASS AND FOR CONTINUANCE OF SETTLEMENT DATES**<br><br>**Courtroom 9D – 9th Floor (1st St.)**<br>**Hon. George H. Wu** |

Having duly considered the Joint Status Report Regarding Class Notice and Stipulation for Continuance of Settlement Dates and Declaration of Bryan Kemnitzer In Support Thereof, AND GOOD CAUSE APPEARING, THE COURT HEREBY FINDS AND ORDERS THE

FOLLOWING AMENDED SCHEDULE:

| Previous deadline | Proposed New Deadline | |
|---|---|---|
| February 15, 2022 | **April 11, 2022** | Deadline to Provide Class Notice (see §8.01 of Settlement Agreement |
| April 6, 2022 [50 days after Class Notice Date] | **May 31, 2022** | Deadline for Plaintiffs' Motion for Attorneys' Fees (see §5.03 of the Settlement Agreement) |
| April 18, 2022 [60 days after Class Notice Date] | **June 17, 2022** | Deadline for Class Members to file Objections or submit Requests for Exclusion/Opt-Outs (see §§2.28, 2.29 of the Settlement Agreement) |
| May 16, 2022 [90 days after the Class Notice Date] | **July 15, 2022** | Deadline for Settlement Class Members to Submit a Claim Form (see §2.09 of the Settlement Agreement) |
| June 2, 2022 [14 days before the Final Approval Hearing | **July 29, 2022** | Deadline for Parties to File the Following: (1) List of Class Members who Made Timely and Proper Requests for Exclusion; (2) Proof of Class Notice and CAFA Notice; and (3) Motion and Memorandum in Support of Final Approval, including responses to any Objections. (see §11.02 of the Settlement Agreement) |
| June 9, 2022 [7 days before the Final Approval Hearing] | **August 5, 2022** | Deadline for Defendant to File any response to request for final approval |
| June 16, 2022 at 8:30 a.m. | **Aug. 22, 2022 at 8:30 a.m.** | Final Approval Hearing |

**SO ORDERED.**

Dated:  April 6, 2022

_____
Hon. George H. Wu
United States District Judge