| | |
|---|---|
| 1 | KEMNITZER, BARRON, & KRIEG, LLP |
| | BRYAN KEMNITZER          Bar No. 066401 |
| 2 | ADAM J. McNEILE            Bar No. 280296 |
| | KRISTIN KEMNITZER      Bar No. 278946 |
| 3 | 42 Miller Avenue, Third Floor |
| | Mill Valley, CA  94941 |
| 4 | Telephone:  (415) 632-1900 |
| | bryan@kbklegal.com |
| 5 | adam@kbklegal.com |
| | kristin@kbklegal.com |
| 6 | |
| | LYNGKLIP & ASSOCIATES, PLC |
| 7 | IAN LYNGKLIP          Bar No. P47173 |
| | 24500 Northwestern Hwy #206 |
| 8 | Southfield, MI 48075 |
| | Telephone: (248) 208-8864 |
| 9 | ian@consumerlawyers.com |
| 10 | Admitted *Pro Hac Vice* |
| 11 | Attorneys for Plaintiffs Aram Terteryan, Tatyana Davtyan, Marine Davtyan, and the putative class |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| ARAM TERTERYAN, TATYANA DAVTYAN, and MARINE DAVTYAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>NISSAN MOTOR ACCEPTANCE CORPORATION,<br><br>Defendant. | Case No. CV 16-2029-GW-KSx<br><br>CLASS ACTION<br><br>**ORDER APPROVING CLASS COUNSEL'S REQUEST FOR MODIFICATION OF ORDER RE DEADLINE TO PROVIDE NOTICE**<br><br>**Courtroom 9D – 9th Floor (1st St.)**<br>**Hon. George H. Wu** |

Having duly considered Class Counsel's Request for Modification of Order re Deadline to Provide Notice, and the Declaration of Bryan Kemnitzer in Support Thereof, and good cause appearing, the Court hereby finds and orders the proposed deadline for sending out notice to be

1 | April 15, 2022 rather than April 11, 2022, as ordered by the Court in its order of April 6, 2022.

**SO ORDERED.**

Dated: April 21, 2022

_____
Hon. George H. Wu
United States District Judge